## 55312. CURTIS v. THE STATE.

SMITH, Judge.

The evidence, though circumstantial, authorized a voluntary manslaughter conviction. *Durham v. State,* 129 Ga. App. 5 (1) (198 SE2d 387) (1973). This appeal raises no special grounds, so the judgment is affirmed.

*Judgment affirmed. Deen, P. J., and Banke, J.,*

*concur.*

ARGUED FEBRUARY 1, 1978 — DECIDED MARCH 16, 1978.

*Aultman & Moore, Charles A. Aultman,* for appellant.
*Stephen Pace, Jr., District Attorney,* for appellee.